IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATRICIA A. COLBERT, :

       Plaintiff : Civil Action 2:08-cv-631

v. : Judge Frost

COMMISSIONER OF SOCIAL : Magistrate Judge Abel
SECURITY,
:
       Defendant

# OPINION AND ORDER

On June 16, 2009, the Magistrate Judge issued a report and recommendation that the decision of the Administrative Law Judge was not based on substantial evidence and this matter should be remanded for further proceedings. Objections to this report and recommendation were due by July 6, 2009.

No objections to the report and recommendation have been filed. On *de novo* review as required by 28 U.S.C. §636(b), this Court finds the report and recommendation well taken. Accordingly, it (Doc. # 18) is **ADOPTED**. It is hereby **ORDERED** that this matter be remanded to the Administrative Law Judge for further proceedings. These proceedings shall include an evaluation of Plaintiff's application for benefits based upon Plaintiff's stated onset date of August 1, 2003.

Furthermore, the administrative law judge should obtain a consultative examination of Plaintiff pursuant to 20 C.F.R. §404.1512(f) to determine the nature and effect of a psychological basis for Plaintiff's gastro-intestinal illness.

                                                                                 s/Gregory L. Frost
                                                                                 United States District Judge